USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/24/20.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELIQUE OLAECHEA,

        Plaintiff,

v.

THE CITY OF NEW YORK, AND
CAPTAIN VINCENT GREANY,

        Defendants.

No. 17-CV-04797 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The parties shall jointly call the Court on February 26, 2020 at 11 A.M. at 212-805-0162 for a status conference.

SO ORDERED.

Dated:   February 24, 2020
           New York, New York

Ronnie Abrams
United States District Judge