UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3|5|2020

---

ANGELIQUE OLAECHEA,

                              Plaintiff,

                v.

THE CITY OF NEW YORK, AND
CAPTAIN VINCENT GREANY,

                              Defendants.

No. 17-CV-04797 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The trial in this matter is hereby adjourned to May 18, 2020, and the final pre-trial

conference is hereby adjourned to May 15, 2020 at 3:00 P.M. By the end of the day tomorrow,

the parties shall confer with their witnesses and file letters on the docket confirming their

witnesses' availability on the rescheduled trial date. For reasons that will be explained at the

final pre-trial conference, Defendants' motions to exclude testimony from Sergeant Valentin

Khazin and Javier Velazquez are denied.

SO ORDERED.

Dated:    March 5, 2020
          New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge