**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:** 3-31-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELIQUE OLAECHEA,

       Plaintiff,

  v.

THE CITY OF NEW YORK, AND
CAPTAIN VINCENT GREANY,

       Defendants.

No. 17-CV-04797 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

 Pursuant to the Southern District of New York's Standing Order of March 27, 2020 regarding the suspension of jury trials until June 1, 2020, *see* 20 Misc. 172, the trial in this action—currently scheduled to begin on May 18, 2020—is hereby adjourned. No later than April 10, 2020, the parties shall file a letter proposing alternative trial dates.

SO ORDERED.

Dated: March 31, 2020
    New York, New York

                _____
                Ronnie Abrams
                United States District Judge