**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:** 4-14-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELIQUE OLAECHEA,

                Plaintiff,

     v.

THE CITY OF NEW YORK, AND
CAPTAIN VINCENT GREANY,

                Defendants.

No. 17-CV-04797 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The trial in this matter is hereby adjourned to September 8, 2020, and the final pre-trial conference is hereby adjourned to September 2, 2020 at 4:00 P.M.

SO ORDERED.

Dated:   April 14, 2020
          New York, New York

                                             Ronnie Abrams
                                             United States District Judge