UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:** 7/17/2020

ANGELIQUE OLAECHEA,

                Plaintiff,

    v.

THE CITY OF NEW YORK, AND
CAPTAIN VINCENT GREANY,

                Defendants.

No. 17-CV-04797 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court will hold a status conference on July 20, 2020 at 2 PM. The parties shall call the conference line (888) 363-4749 and enter the access code 1015508. This conference line is open to the public.

SO ORDERED.

Dated:   July 17, 2020
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge