USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELIQUE OLAECHEA,

                Plaintiff,

      v.

THE CITY OF NEW YORK, and CAPTAIN VINCENT GREANY,

                Defendants.

No. 17-CV-04797 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     As discussed at yesterday's conference, the parties shall file a joint letter no later than July 24, 2020, advising the court on whether they seek to have a jury trial or bench trial (remote or otherwise). If any party seeks a jury trial, the parties shall provide a list of all jointly available trial dates over the next nine months.

SO ORDERED.

Dated:   July 21, 2020
           New York, New York

Ronnie Abrams
United States District Judge