USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELIQUE OLAECHEA,

                Plaintiff,

        v.

THE CITY OF NEW YORK, AND
CAPTAIN VINCENT GREANY,

                Defendants.

No. 17-CV-04797 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    No later than October 2, 2020, the parties shall file a joint letter informing the Court as to whether they are amenable to beginning trial on January 19, 2021.

SO ORDERED.

Dated:    September 25, 2020
            New York, New York

                                      Ronnie Abrams
                                      United States District Judge