USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELIQUE OLAECHEA,

                Plaintiff,

       v.

THE CITY OF NEW YORK, AND
CAPTAIN VINCENT GREANY,

                Defendants.

No. 17-CV-04797 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On consent of the parties, trial in this matter is hereby adjourned to January 25-29, 2021.

The final pretrial conference is hereby adjourned to January 22, 2021 at 4 PM.

SO ORDERED.

Dated:   October 9, 2020
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge