USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELIQUE OLEACHEA,

            Plaintiff,

v.

THE CITY OF NEW YORK, et al.,

            Defendants.

No. 17-CV-4797 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Trial in this case is scheduled for July 26, 2021, subject to the availability of a COVID-safe courtroom. Pursuant to this Court's May 13, 2021 order, the parties' required pre-trial submissions, as set forth in this Court's Individual Rules & Practices of Civil Cases, were due by July 2, 2021. *See* Dkt. 96. The parties shall file those submissions by no later than July 9, 2021.

SO ORDERED.

Dated:    July 6, 2021
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge