# LAW OFFICE OF JOHN A. SCOLA, PLLC

90 Broad Street, Suite 1023
NEW YORK, NY 10004

TEL: 212.785.1060　　　　　　　　　　　　　　　　　　　　　FAX: 212.785.1066

July 22, 2021

**Sent via ECF**
Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007　　　　　Re:　Olaechea v. City of New York et al.
　　　　　　　　　　　　　　　　　　　　　Docket No.: 1:17-CV-004797

Dear Judge Abrams,

　　I write on behalf of the Plaintiff in the above captioned matter. Plaintiff has just learned that our witness, Valentin Khazin, who lives in Indiana, will be unable to appear next week for trial. He originally thought he would be able to make it back for the trial but informed us today that he will be unable. As such Plaintiff respectfully requests that Mr. Khazin be allowed to testify in this matter virtually by remote video link rather than in person, similarly to defense witness Michael Diaz. Defense counsel consents to this request.

　　I thank the Court for its time and consideration with this matter.

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　John Scola, Esq.


　　　　　　　　　　　　　　　　　　　Application granted.

　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Ronnie Abrams
　　　　　　　　　　　　　　　　　　　July 23, 2021