```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELIQUE OLAECHEA.,

                Plaintiff,

      v.

THE CITY OF NEW YORK, et al.,

                Defendants.

No. 17-CV-4797 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 26, 2021, trial in this action will commence, following the selection of the jury, in Courtroom 110 of the Thurgood Marshall United States Courthouse. Seating for spectators in the courtroom itself is limited in light of pandemic-related safety precautions. Members of the public and press may access the trial remotely using the following call-in number: Call-in Number: (888) 363-4749; Access Code: 1015508.

SO ORDERED.

Dated:    July 26, 2021
             New York, New York

                                        Ronnie Abrams
                                        United States District Judge