```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
OLAECHEA,

        Plaintiff,

v.

CITY OF NEW YORK, ET AL,

        Defendant.
------------------------------------ X

**ORDER**

Case No.: 17-CV-4797 (RA)

RONNIE ABRAMS, United States District Judge:

After an eight-day trial, a jury found in favor of Plaintiff. The Clerk of Court is respectfully directed to upload to ECF the Court Exhibits from trial, each of which is attached to this Order:

| | |
|---|---|
| **Court Exhibit 1:** | **Voir Dire Questionnaire** |
| **Court Exhibit 2:** | **Jury Note** |
| **Court Exhibit 3:** | **Jury Draft Charge** |
| **Court Exhibit 4:** | **Jury Charge** |
| **Court Exhibit 5:** | **Jury Note** |
| **Court Exhibit 6:** | **Jury Note** |
| **Court Exhibit 7:** | **Jury Note** |
| **Court Exhibit 8:** | **Jury Note** |
| **Court Exhibit 9:** | **Verdict Form** |

SO ORDERED.

Dated: August 5, 2021
    New York, New York

                 Ronnie Abrams
                 United States District Judge