UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

ANGELIQUE OLAECHEA,

                                           Plaintiff,

                                                 **VERDICT FORM**
         v.

THE CITY OF NEW YORK, and CAPTAIN VINCENT      17-CV-4797 (RA) (KNF)
GREANY,

                                           Defendants.

------------------------------------------------------------------------ x

## THE CITY OF NEW YORK'S LIABILITY FOR RETALIATION UNDER TITLE VII AND THE NEW YORK STATE HUMAN RIGHTS LAW

1. Do you find that the City of New York is liable under Title VII and/or the New York State Human Rights Law for unlawful retaliation against Angelique Olaechea?

            _____ No          ✓ Yes

*Note: If you answered NO to Question 1, skip Question 2 and proceed to Question 3.*

## CAPTAIN VINCENT GREANY'S LIABILITY FOR RETALIATION UNDER THE NEW YORK STATE HUMAN RIGHTS LAW

2. Do you find that the Captain Vincent Greany is liable under the New York State Human Rights Law for unlawful retaliation against Angelique Olaechea?

             ✓ No          _____ Yes

## DEFENDANTS' LIABILITY FOR RETALIATION UNDER THE NEW YORK CITY HUMAN RIGHTS LAW

3. Do you find that the City of New York is liable under the New York City Human Rights Law for retaliation against Angelique Olaechea?

   _____ No            ✓ Yes

4. Do you find that Captain Vincent Greany is liable under the New York City Human Rights Law for retaliation against Angelique Olaechea?

   _____ No            ✓ Yes

   *Note: If you answer NO to Question 4, skip Question 5 and proceed to Question 6.*

5. Do you find that the Captain Vincent Greany is liable for punitive damages under the New York City Human Rights Law?

   ✓ No            _____ Yes

## DAMAGES

*Note: Only answer Questions 6 and 7 if you answered YES to Questions 1, 2, 3 or 4.*

6. What amount of economic damages, if any, is Angelique Olaechea entitled to?

   $ 872,892.60 - This amount reflects $174,578.52 (lost wages) + $698,314.08 (salary but for retaliation minus pension)

7. What amount of non-economic damages, if any, is Angelique Oleachea entitled to?

   $ Legal fees

8. Please list the combined amount of damages, if any, specified in the answers to Questions 6 & 7 (in other words, add the answer to Question 6 to the answer to Question 7):

   $ 872,892.60 + legal fees

2

*Note: Only answer Question 9 if you answered YES to Questions 1 or 3.*

9. Of the amount, if any, listed in the answer to Question 8 (the total amount of compensatory damages), how much should be paid by the City of New York?

$ ₹ 872,892.60 + legal fees  (ALL)

*Note: Only answer Question 10 if you answered YES to Questions 2 or 4.*

10. Of the amount, if any, listed in the answer to Question 8 (the total amount of compensatory damages), how much should be paid by Captain Vincent Greany?

$ 0

*Note: Only answer Question 11 if you answered YES to Question 5.*

11. What amount of punitive damages, if any, is Angelique Olaechea entitled to from Captain Vincent Greany?

$ 0

3

_____   _____
Shubhi M. Chandra                 
Foreperson

_____   _____

_____   _____

_____   _____

Dated: New York, New York,
       8/4/_____, 2021