# EXHIBIT "1"

## RETAINER AGREEMENT

Nwokoro & Scola Esquires, are hereby retained by the undersigned to settle or prosecute any and all claims against all who are liable for her damages as a result of civil rights violations occurring on or about __9 - 14 - 16__ .

You are authorized to take such actions and proceedings to enforce and collect the above claim as, in your judgment, you deem necessary and proper, including, but not limited to, the negotiation of any settlement of the claim.

**THERE IS NO FEE DUE AND NO GUARANTEE OF RECOVERY.** You have made no promise regarding the outcome of this claim and, if no sums are recovered, you will receive no fee for your services.

**CONTINGENT FEE – YOU SHALL RECEIVE A FEE ONLY IF A SETTLEMENT OR RECOVERY IS OBTAINED.** In consideration of the legal services to be rendered and to be performed, you are to receive as and for your reasonable fee for services, a sum equal to 33.3% of any monies obtain either by settlement or judgment, plus any attorney's fees which may be awarded and paid pursuant to statute, court order or settlement. In the event that such an attorney's fee award is greater than the one-third share described above, we will receive the attorney's fee award and you will receive the entire award, judgment or settlement.

Court costs, interest and other monies recovered shall be deemed part of the amount recovered from which you are to be compensated. For the following or similar items there shall be no deduction in computing such percentages: liens, assignments or claims in favor of hospitals for medical care and treatment by doctors and nurses, or self insurers or insurance carriers.

The retainer and fees do not include: (a) any other actions or proceedings; (b) services rendered in the appellate courts; or (c) out of pocket expenses. Out of pocket expenses include but are not limited to costs of serving and filing papers, court fees, process servers, court calendar service, expert witnesses, subpoena fees, consultants, accountants, appraisers, investigators, actuaries, and court reporters. Disbursements are in addition to fees based upon time spent on the matter, and are to be paid by your promptly when billed. This retainer does not include legal representation relating to any appeals including an interlocutory appeal. In the event that an appeal or defense of an appeal is necessary, I may retain you, or other counsel to handle the appeal by separate agreement.

If the claim is abandoned by the undersigned against your recommendation or if you are discharged, each of the undersigned accepts individual responsibility for and guarantee payment of the fair and reasonable value of your services. It is recognized and agreed that you have a lien upon this file and any recovery made for your services and disbursements related to this matter.

In the event that an offer of settlement is made and acceptance is recommended by my attorneys, I agree that should I refuse the offer of settlement, my attorneys may withdraw from further representation of me. My attorneys shall be entitled to a lien upon any settlement or judgment in an amount equal to 33.3% of this contract had the settlement offer been accepted by me. In the event of discharge of my attorneys without just cause before a settlement is made, then my attorneys shall be entitled to compensation for services rendered on my behalf on a quantum meruit basis, at $300 per hour, as well as reimbursement of all costs and expenses advanced by my attorneys. These liens shall follow the file and be binding upon me individually and upon any attorneys later retained by me including all insurance companies and adjusters.

**CLIENT TO BE KEPT INFORMED AT ALL STAGES** You shall periodically inform me of the status of the claim and no settlement shall be made without your and my full knowledge and consent. I will not discuss this matter with anyone without your prior consent.

**YOU HAVE A RIGHT TO WITHDRAW AS MY ATTORNEYS** It is agreed that Nwokoro & Scola, Esquires, are prosecuting my claim subject to their investigation of the facts and that if they determine in their sole judgment that it is not feasible to prosecute said claim, the office is permitted to cease work on my case and is authorized to discontinue the prosecution of my claim or action, upon written notice to me at my last known address by regular mail. You may withdraw as my attorney if any of the undersigned acts in an uncooperative or unreasonable manner which, in your sole judgment as attorney, makes it difficult or impossible for you to properly continue as my attorney. You further have the right to withdraw, if in your opinion the case lacks merit, without charges for my services, with a charge only for your expenses advanced. This agreement may serve as my stipulation to your withdrawal in such an event, and may be presented to the court as proof of it if a motion to withdraw is necessary.

**OFFICE REPRESENTATION** It is understood that your entire office represents the undersigned and that several individuals within the office may be responsible for the handling of various aspects of the case. The office may designate one or more Associate Attorneys or Legal Assistants to assist with and monitor the progress of the case.

**ACCEPTANCE OF TERMS** This agreement has been read and understood and the terms and conditions accepted by the undersigned and receipt of a copy of this retainer agreement is hereby acknowledged. Even if this agreement is signed by more than one person, I agree to be individually liable for all responsibilities set forth herein.

Dated: x  12/27/16

9-14-16

Sign: x _[signature]_
Name: x Anselijme Olaechea