USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELIQUE OLAECHEA.,

      Plaintiff,

  v.

THE CITY OF NEW YORK and CAPTAIN VINCENT GREANY,

      Defendants.

No. 17-CV-4797 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

  The Court intends to hold oral argument on Defendants' motion for judgment as a matter of law and remittitur of the damages award or a new trial. By May 2, 2022, the parties shall submit a joint letter to the Court indicating their availability for argument the week of May 9, 2022. In that letter, the parties shall also indicate their preference between appearing in person or via videoconference.

SO ORDERED.

Dated: April 27, 2022
    New York, New York

                    Ronnie Abrams
                    United States District Judge