USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/04/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELIQUE OLAECHEA.,

                      Plaintiff,

            v.

THE CITY OF NEW YORK and CAPTAIN VINCENT GREANY,

                      Defendants.

No. 17-CV-4797 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court has scheduled oral argument in this case for May 9, 2022 at 3:30 p.m. At argument, the parties shall be prepared to discuss in detail the following issues:

- Whether Plaintiff intends to argue that Defendant Greany actually participated in the conduct giving rise to Plaintiff's retaliation claims other than by submitting the September 8, 2016 transfer request, and if so, on what basis.

- Whether the jury was precluded from awarding front pay on the basis that the Court did not specifically instruct the jury as to front pay, *cf. Broadnax v. City of New Haven*, 141 F. App'x 18, 23 (2d Cir. 2005).

- Whether Plaintiff may be made whole through an award of front pay that falls short of twelve years, *see, e.g.*, *Chisholm v. Mem'l Sloan-Kettering Cancer Ctr.*, 824 F. Supp. 2d 573, 577 (S.D.N.Y. 2011) (awarding two years of front pay and noting that a greater award would be "unduly speculative and would arguably constitute a windfall"), or whether Plaintiff's declaration of November 30, 2021 adequately demonstrates that there is no reasonable prospect of her obtaining any alternative employment before her retirement age.

- In the event the Court decides either to uphold the jury's award of front pay or to award front pay in its discretion, the parties' positions on the appropriate value of such a front pay award, including a detailed breakdown of the components of that total figure and the documentary support for that figure.

Finally, Plaintiff's counsel shall be prepared to provide for the Court's review Plaintiff's tax returns for the period between her retirement from the NYPD and the present.

SO ORDERED.

Dated:   May 4, 2022
         New York, New York

                                          Ronnie Abrams
                                          United States District Judge