UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
ANGELIQUE OLAECHEA,

                        Plaintiff,         **PROPOSED JUDGMENT**

      -against-                             Docket No,: 17-CV-4797
                                                (RA) (KNF)
THE CITY OF NEW YORK

                       Defendant.

------------------------------------------------------------------------ x

This action came on for trial before the Court, with the Honorable Ronnie Abrams, District Judge, presiding, and the issues having been duly tried and a decision having been duly rendered, it is Ordered and Adjudged, as follows;

    Plaintiff, Angelique Olaechea shall recover from the defendant, The City of New York, the following sums payable as follows;

    $174,578.52 in Back Pay Damages;

    $12,489.58. in Pre-Judgment Interest;

    $241, 559.65 in Front Pay Damages, payable as follows:

        $24,148.90 on January 1, 2023
        $24,148.90 on July 1, 2023
        $24,148.90 on January 1, 2024
        $24,148.90 on July 1, 2024
        $24,148.90 on January 1, 2025
        $24,148.90 on July 1, 2025
        $24,148.90 on January 1, 2026
        $24,148.90 on July 1, 2026
        $24,148.90 on January 1, 2027
        $24,148.90 on July 1, 2027

And,

$198,879.75 in attorneys fees.

As Defendant has filed no objections to this proposed Judgment, the Court adopts it in full.  The Clerk of Court is respectfully directed to enter judgment consistent with this Order and close this case.

Dated:  New York, New York

August 24, 2022

_____
Hon. Ronnie Abrams
United States District Judge